**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| MERITUS FEDERAL CREDIT UNION | CIVIL ACTION NO. 25-1056 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| DEVONTE FRANCIS | MAGISTRATE JUDGE AYO |

**JUDGMENT**

Before the Court is the *sua sponte* Report and Recommendation of the Magistrate Judge recommending that the instant suit be remanded based on a finding of improper removal under 28 U.S.C. § 1441 (Record Document 3). After an independent review of the record, noting the absence of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, the instant suit is **REMANDED** to the 15th Judicial District Court for the Parish of Lafayette, State of Louisiana, from which it was improperly removed.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 25th day of August, 2025.

_____
UNITED STATES DISTRICT COURT JUDGE